IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                Plaintiff,

    v.

SHANE BRADLEY,

                                Defendant.

ORDER

03-cr-171-jcs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On August 31, 2009, I denied defendant Shane Bradley's motion for correction of his presentence report. Now before the court is his motion to alter or amend the August 31, 2009 judgment. Because no judgment was entered on that date, I will construe defendant's motion as a motion to reconsider the August 31, 2009 order.

       Defendant continues to argue that his presentence report should be corrected. As I previously stated, defendant has shown no reason to correct his presentence report at this time. If he wishes to challenge the facts upon which he was found to be a career offender, his only choice is to file a motion under 28 U.S.C. § 2255. Because he has already filed one such motion, he would have to obtain permission from the Court of Appeals for the Seventh Circuit before he could file it. 28 U.S.C. § 2255(h).

1

ORDER

IT IS ORDERED that defendant Shane Bradley's motion to alter or amend the August 31, 2009 order, dkt. #134, is DENIED.

Entered this 28th day of September, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2